ACCEPTED
011400989CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
2/25/2015 5:21:55 PM
CHRISTOPHER PRINE
CLERK

## APPEAL NO. 01-14-00989-CV

In the Court of Appeals
First Judicial District
Houston, Texas

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

2/25/2015 5:21:55 PM

CHRISTOPHER A. PRINE
Clerk

In re: SHAYNA (DEBOISE) HERRING, Relator

vs.

THE HONORABLE BONNIE C. HELLUMS, Respondent
247th District Court of Harris County, Texas
Cause No. 2010-45732

## MOTION TO ABATE APPEAL

TO THE HONORABLE JUSTICES OF THE FIRST COURT OF APPEALS:

NOW COMES Shayna (Deboise) Herring, Relator, who moves the Court to abate this proceeding as required by Tex. R. App. P. 7.2(b). As support for this motion Relator would show:

I.

On December 12, 2014 Relator filed a petition for writ of habeas corpus in this Court. As such, this is an original proceeding under Rule 52 Tex. R. App. P. The same day this Court granted Relator temporary relief by issuing an interim writ of habeas corpus and ordering Relator released from confinement upon the posing of a bond.

At the time Relator filed her petition for writ of habeas corpus, the Honorable Bonnie Crane Hellums was the presiding judge of the 247th District Court. Effective January 1, 2015, however, the Honorable John Schmude became the presiding judge of the court.

By rule, this Court must abate this original proceeding to permit the Respondent's successor to reconsider the order challenged in Relator's petition. *See* Tex. R. App. P. 7.2(b); *cf. In re White*, 01-10-00960-CV (Tex. App. - Houston [1st Dist.] 2-24-2011) (mem.op.).

## II.

Relator requests that the Court abate this proceeding in accordance with Rule 7.2(b) Tex. R. App. P. to allow the Honorable John Schmude to reconsider the order under review in this proceeding. During the pendency of such action Relator requests that the interim habeas relief granted by this Court on December 12, 2014 remain in effect.

## CONCLUSION

For the reason stated above, Relator respectfully requests that this Motion to Abate Appeal be granted to permit the Honorable John Schmude to reconsider the order. Relator further requests that the interim habeas relief granted by this Court on December 12, 2014 remain in effect pending further order of the Court.

Respectfully submitted,

_GEORGE W. DANA_

GEORGE W. DANA
11550 Fuqua, Suite 340
Houston, Texas 77034
Tel: (281) 484-7500
Fax: (281) 484-9687
Email: gwdana@aol.com
SBOT #05351500
Attorney for Relator

## CERTIFICATE OF CONFERENCE

As required by Tex. R. App. P. 10.1(a)(5) I certify that on February 25, 2015 I have conferred with Grace M. Crump, co-counsel with Terisa Taylor, attorneys for Caston Deboise, the Real Party in Interest and she advised that she does not oppose this motion.

_GEORGE W. DANA_

GEORGE W. DANA

## CERTIFICATE OF SERVICE

Pursuant to Tex. R. App. P. 9.5(d),(e) this is to certify that a copy of this motion was served on Caston Deboise, the Real Party in Interest, by and through his attorney of record, Terisa Taylor, on February 25, 2015 by faxing a copy to Terisa Taylor at (713) 224-9903 and by efiling in the 247th Judicial District Court of Harris County, Texas.

_GEORGE W. DANA_

GEORGE W. DANA